UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00495-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CARLOS ISIDRO RODRIGUEZ-PRECIADO,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, October 29, 2010,** and responses to these motions shall be filed by **Friday, November 12, 2010.** It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, November 29, 2010, at 9:00 a.m. in courtroom A-1002.**

    Dated this 6th day of October, 2010.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL
                                    CHIEF U. S. DISTRICT JUDGE