UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00495-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CARLOS ISIDRO RODRIGUEZ-PRECIADO,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict, the sentencing hearing set for Thursday, March 17, 2011 at 11:00 A.M. is **VACATED**.  The sentencing hearing is **RESET** for Friday, March 18, 2011 at 2:30 P.M.

      Dated:  March 16, 2011