**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel**

Criminal Action No.:   10-cr-00495-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CARLOS ISIDRO RODRIGUEZ-PRECIADO,

      Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same, it is hereby

ORDERED that Government's Motion Under U.S.S.G. 3E1.1(b) for 1-Level Reduction in Defendant's Offense Level for Acceptance of Responsibility (doc. #25), filed March 8, 2011, is **GRANTED.**  It is further

ORDERED that defendant be granted an additional one-level decrease in the offense level.

Dated this <u>18th</u> day of March, 2011.

                                          BY THE COURT:

                                          <u>s/ Wiley Y. Daniel</u>
                                          WILEY Y. DANIEL,
                                          CHIEF UNITED STATES DISTRICT JUDGE